**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**
**CIVIL CASE NO: _____**

*Electronically Filed*

| | |
|---|---|
| **SHAWN PALMER** | **PLAINTIFF** |
| vs. | |
| **XPO LOGISTICS, INC.; XPO LAST MILE, INC.; and TONAL SYSTEMS, INC.** | **DEFENDANTS** |

## NOTICE OF REMOVAL

Defendants, XPO Logistics, Inc., and XPO Last Mile, Inc., (hereinafter "Defendants"), by counsel, pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446, 28 U.S.C. §1332, for their Notice of Removal of this matter to the United States District Court for the Eastern District of Kentucky, Lexington Division, hereby state as follows:

1. On August 10, 2022, Plaintiff filed a Complaint in the Fayette Circuit Court, Civil Action No. 22-CI-2277, against Defendants. The Complaint includes claims against Defendants for negligence. Plaintiff's Complaint is attached hereto as Exhibit "A".

2. Pursuant to Plaintiff's Complaint, Plaintiff is now and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of this action against Defendants in Fayette Circuit Court, Civil Action 22-CI-2277, a citizen of the Commonwealth of Kentucky.

3. Defendant XPO Logistics, Inc. is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the time Plaintiff filed his Complaint, a corporation incorporated in the State of Delaware, with its principal place of business in Greenwich, Connecticut.

4. Defendant XPO Last Mile, Inc. is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the time Plaintiff filed his Complaint, a corporation incorporated in the State of Georgia, with its principal place of business in Marietta, Georgia.

5. Defendant Tonal Systems, Inc. is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the time Plaintiff filed his Complaint, a corporation incorporated in the State of Delaware, with its principal place of business in San Francisco, California.

6. Although Plaintiff's Complaint does not identify the specific amount of damages which he seeks, Plaintiff's Complaint alleges that he has suffered serious permanent physical injury, bodily injuries, lost income, ability to labor and earn money, mental pain and anguish, past and future medical expenses, increased risk of future harm and loss of enjoyment of life.  Based upon these allegations, it is clear that the amounts sought by Plaintiff will exceed the sum or value of $75,000.00, exclusive of interest and costs.

7. This action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one that the Defendants may remove to this Court pursuant to 28 U.S.C. § 1441(a) & (b), on the basis of diversity of citizenship.

8. This Notice of Removal is filed within thirty (30) days after Defendants first received Plaintiff's Complaint.

9. Pursuant to 28 U.S.C. § 1446(a), Defendants have attached as an Exhibit all pleadings and other papers served upon it in this action, being the Summons and Complaint attached hereto as Exhibit "A".

WHEREFORE, based upon the foregoing, the Defendants, XPO Logistics, Inc. and XPO Last Mile, Inc., by counsel, notify this Court of their Removal of this Action pursuant to their Notice of Removal from the Fayette Circuit Court in Fayette County, Kentucky.

This the 21st day of September, 2022.

>/s/ Marc A. Lovell
>Marc A. Lovell
>Justin L. Duncan
>HARLIN PARKER
>519 East Tenth Street
>P.O. Box 390
>Bowling Green, KY 42102-0390
>(270) 842-5611
>Counsel for Defendants XPO Logistics, Inc. and
>XPO Last Mile, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel at the following email addresses:

Marc A. Lovell
Justin L. Duncan
lovell@harlinparker.com
duncan@harlinparker.com
Counsel for Defendants

Gregory M. Funfsinn
Joshua D. Hicks
greg@hfkylawyers.com
josh@hfkylawyers.com
Counsel for Plaintiff

Susan Maines
smaines@cbmlaw.net
Counsel for Defendant Tonal Systems, Inc.

>/s/ Marc A. Lovell
>Marc A. Lovell